### PHILLIPS *v.* THE STATE.

GILBERT, J. Marshall Phillips was indicted and convicted of the offense of murder, and was sentenced to life imprisonment. His motion for a new trial was based solely on the general grounds. The exception is to the judgment overruling that motion. *Held:* The verdict is supported by evidence. The court did not err in overruling the motion.
*Judgment affirmed. All the Justices concucur.*

No. 7862.   JULY 19, 1930.

*R. I. Stephens,* for plaintiff in error.

*George M. Napier, attorney-general, Fred Kea, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.